## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ABDULRAHIM ABDUL RAZAK     )
AL GINCO,     )
    )
         Petitioner,     )
    )
         v.     )     **Civil Action No. 05-1310 (RJL)**
    )
BARACK OBAMA, *et al.*,     )
    )
         Respondents.     )

## ORDER
(February **27**, 2009)

Upon consideration of the representations to the Court by petitioner's counsel regarding the appropriateness of their continued representation of petitioner, it is hereby

**ORDERED** that petitioner shall file no later than March 16, 2009 either a copy of the parties' agreed-upon Declaration Of Abdul Rahim Abdul Razak Al Janko Regarding Continued Representation By The Oregon Federal Public Defender's Office executed by petitioner, or a status report explaining why petitioner will not be doing so; and it is further

**ORDERED** that contingent upon petitioner filing the aforementioned declaration on or before March 16, 2009, the following schedule will apply in this case:

Petitioner's Traverse due by:          March 16, 2009

1

Petitioner's Supplemental Traverse due by:        March 26, 2009

Prehearing Conference:                           April 6, 2009, 11:00 am

Habeas Hearing:                                  April 9, 2009, 10:00 am

**SO ORDERED.**

RICHARD J. LEON
United States District Judge